BRITT, Respondent, v. COMMERCIAL CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Gustave Britt against the Commercial Casualty Company. O. D. Parker, of New York City, for appellant. H. London, of New York City, for respondent. No opinion. Judgment reversed, and new trial

ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to the sum of $175.27, in which event judgment, as so modified, affirmed, without costs. Settle order on notice.